FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983
in the United States District Court for the Middle District of North Carolina

FILED DEC 14 2015

James Anthony Barnett, JR.
_____
(Enter above full name of plaintiff – only one plaintiff permitted per complaint)

v.

15CV1064

Rockingham County Sheriff Office,
Detention Center (High Sheriff
Samuel Page, Nursing Supervisor
Jenny Thomas RN)
_____
(Enter above full name of defendant or defendants)

I. Previous law suits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in the action or otherwise relating to your imprisonment? Yes ( ) No (X)
   B. If you answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
      1. Parties to previous lawsuit:
      Plaintiffs: _____
      Defendants: _____
      2. Court (if federal court, name the district; if state court, name the county): _____
      3. Docket Number: _____
      4. Name of judge assigned to the case: _____
      5. Disposition (for example, was the case dismissed? Appealed? Is it still pending?) _____
      6. Approximate date of filing lawsuit: _____

II. Previous *in forma pauperis* lawsuits:
   A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes (X) No ( )
      1. Name the court and docket number for each: United States District Court, Middle District of North Carolina Case No.: 1:14CV073
   B. Were any of these case dismissed under 28 U.S.C. § 1915(d) on the grounds that they were frivolous, malicious, or failed to state claim upon which relief may be granted? Yes ( ) No (X)
      1. If yes, how many? _____
      2. Name the court and docket number for each: _____

III. Exhaustion of Inmate Administrative Remedies

2

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure? Yes (X) No ( )

B. If you answer is Yes:
1. When did you file your grievance? The first was filed on September 17, 2013 but staff did not enter it into the computer system, it was given to Cpt. Crowde
2. What was your grievance? about Nurse Jenny Thomas refusing to see me and evaluate me and place me on the list to see a mental Health Professional, and High Sheriff Samuel Page to investigate my complaints.
3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (X)
If yes, when was the decision and what was the result? _____

C. If your answer to A or B(3) is no, identify the claim(s) and explain why not: This is a claim of Negligence and Medical Malpractice. The grievance was not appealed to the highest level due to the response that I received from Cpt. Crowder. A second grievance was entered on September 22, 2013 but the attempted resolution that I received was to no avail.

IV. Parties
A. Plaintiff(s)
Name of plaintiff: James Anthony Barnett, JR.

Current address (place of confinement): Central Prison 1300 Western Blvd., Raleigh North Carolina 27606

(You may lose important legal rights unless you immediately notify the court of any address change.)

B. Defendant(s) (NOTICE: A person must be identified in this subsection B in order to be considered and served as a defendant.)
Name of defendant 1: Sheriff Samuel Page
Position: High Sheriff
Place of employment: Rockingham County Sheriff Office Detention Center
Current address: 170 NC 65, Reidsville North Carolina 27375

Additional defendant(s) Nurse Supervisor
Defendant 2: Nurse Jenny Thomas RN
170 NC 65, Reidsville North Carolina 27375
Defendant 3: _____

Defendant 4: _____

(Continue on a separate sheet, if necessary.)

V. **Statement of Claim**
State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section III.B above is personally involved in depriving you of your rights. Include relevant times, dates, and places. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach extra sheets, if necessary.)

On May 31, 2013 I was transported to the Rockingham County Sheriff Office Detention Center from the Alamance County Sheriff Office Detention Center. I have a disorder of Anti Social Personality Disorder, Bipolar Disorder, Depression and Schizophrenia Disorder. Upon arriving at the Rockingham County Sheriff Office Detention Center, this critical health information was relayed to the booking officer during my initial screening and also relayed to the nurse during my initial nurse screening. It was also relayed to the nurse during my initial nursing screening that I do not have my Mental Health medication with me and that I needed my medication. As well as informing the nurse of my Mental Health history (hospitalizations, suicide attempts, etc.) I also signed a medical release on one of my nurse screenings, for the Rockingham County Sheriff Office Detention Center nursing Department to receive my medical and Mental Health records from the Department of Public Safety, so that the records could be reviewed and I could be placed on my proper Mental Health medication.

From June 4, 2013 until December 6, 2013 I constantly submitted Mental Health referrals asking to see and speak to someone from Mental Health profession. I even indicated on few of the Mental Health referrals that "I'm hearing voices and seeing things, and that it's getting worser." I even went as far as talking to the nurses when the passed out the medication on several occassions and explained why I need to see a Mental Health professional as soon as possible. But was told that there was nothing that they could do for me, it was up to Nurse Jenny to put me on the Mental Health list. Inwhich nurse Jenny Thomas (nursing supervisor) refuse to see me and evaluate my Mental Health referral and whom also refused to place me on the Mental Health list to see a Mental Health. Also during those dates (June 4, 2013 and December 6, 2013) I wrote the High Sheriff Samuel Page, two letters of requests asking to step in and investigate, to find out why I am not being put on the list to see a Mental Health professional.

On December 7, 2013 I was hearing really strong voices and seeing things, inwhich lead me to cut my neck (from the right side of my neck around towards my throat area) and fight the detention staff when they came to try and retrieve the razor blade from me. I was tazed and handcuff, then rushed to Moses Cone Hospital in Greensboro North Carolina via ambulance. I received eleven sutures (stitches) and sent back to the Rockingham County Sheriff Office Detention Center and was housing in booking on suicide watch for closer observation by detention staff. On December 9, 2013, cpt. Crowder, went to court and had a Safekeeping order signed by the Judge, without me being present to contest the Safekeeping order.

(continued) next page

(continued) - Page 4)

As a result of the Safekeeping order I was transported to the Department of Public Safety, specifically Central Prison in (continued ext on sheet attached)

## VI. Relief

**STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENTS. CITY NO CASES OR STATUTES.**

1.) I would like for the Court to recognize and to respect the fact, that I wish to sue each defendant within both of their respected capacities (official and Individual).

2.) I would like the Court to award me in compensatory Damages, in the sum of "Two Million Dollars".

3.) I would like for the Court to award the following Injunctive Relief orders:

3A. For Rockingham County Sheriff Office Detention Center (High Sheriff Samuel Page and Nurse Jenny Thomas) to stop ignoring, denying and delaying inmates medical and Mental Health treatment.

3B.) When inmates at the Rockingham County Sheriff Office Detention Center presents a serious medical or Mental Health need and needs attention, then the issue needs to be dealt with promptly and according.

3C.) That better decissions and Judgements be made at the Rockingham County Sheriff Office Detention Center by staff and medical staff, based on mere common sense and knowledge, and based on medical training and expertise, regardless of what that person(s) colleague(s) may say or think.

4.) Permanently suspend defendant Nurse Jenny Thomas RN nursing license immediately and order High Sheriff Samuel Page to step down immediately, if the defendant(s) are found liable and in the wrong.

5. I would like for the Court to order the defendant(s) to pay any and all of my court fees and Attorney Fees (if any), if they are found liable and in the wrong.

6.) Any other relief that the Court sees deem and Just and Proper.

**Signed this** 9TH **day of** December 20 15

**Prison No.** 0591420    **Signature** James Barnett, Jr.

① 

Page 4, Section V Continued

Raleigh, North Carolina where I remained at until I was found guilty and sentenced at a Jury Trial on July 16, 2014.
From the date that I arrived at the Rockingham County Sheriff Office, Detention Center (May 31, 2013) until I was sent to Central Prison for Safekeeping (December 9, 2013), I was never place on the list to see a Mental Health professional and I never seen a Mental Health professional in regards to being place on my proper and correct Mental Health medication.
From the time I was sent to Central Prison from Rockingham County Sheriff Office, Detention Center for Safekeeping, until the present date, I have been continually receiving Mental Health treatment and medication.

James A. Basnett, Jr.
James A. Basnett, JR.
December 9, 2015